**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**Civil Action No.  6:19-cv-00870-TMC**

Hickory Tavern Church of God,

Plaintiff,

v.

Church Mutual Insurance Company,

Defendant.

**DEFENDANT'S ALTERNATIVE**
**DISPUTE RESOLUTION**
**STATEMENT AND CERTIFICATION**

The undersigned certifies that he has (1) discussed the availability of mediation with the Defendant; (2) discussed the availability and timing of mediation with opposing counsel; and (3) informs the Court that the Defendant agrees to mediation.

Submitted this 29th day of May 2019.

MURPHY & GRANTLAND, P.A.

 _/Jeffrey C. Kull_
J.R. Murphy (Fed ID 3119)
Jeffrey C. Kull (Fed ID 07864)
PO Box 6648
Columbia, SC  29260
Phone:  803-782-4100
Fax:  803-782-4140
Email:  jrmurphy@murphygrantland.com
jkull@murphygrantland.com
*Attorneys for Defendant Church Mutual*
*Insurance Company*