# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Hickory Tavern Church of God,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Church Mutual Insurance Company,<br><br>　　　　　　Defendant. | C/A#: 6:19-cv-00870-JD<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

It hereby is stipulated by and between plaintiff Hickory Tavern Church of God and defendant Church Mutual Insurance Company, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed *with prejudice*. Each party shall be responsible for its own costs incurred in this action.

Respectfully submitted this 29th day of November 2021.

| WE SO CONSENT: | WE SO CONSENT: |
|---|---|
| s/Douglas A. Churdar<br>Douglas A. Churdar (Fed ID 5220)<br>Churdar Law Firm<br>304 Pettigru Street<br>Greenville, SC 29601<br>dachurdar@churdarlaw.com<br>(864) 233-0203 Ofc<br><br>*Attorney for Plaintiff Hickory Tavern Church of God* | s/John E. Cuttino<br>John E. Cuttino (Fed ID 394)<br>Gallivan, White & Boyd, P.A.<br>PO Box 7368<br>Columbia, SC 29202-7368<br>jcuttino@gwblawfirm.com<br>(803) 724-1714 Ofc<br><br>*Attorney for Defendant Church Mutual Insurance Company* |